# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANGI, | No. EDCV 11-206 JFW (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| TIM OCHOA (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the Petition is dismissed.

DATED: 2/7/11

JOHN F. WALTER
United States District Judge